(No. 882—Claimant awarded $177.60 with interest.)

ALICE MAY WARNER AND CLIFFORD R. FRENCH, EXECUTORS OF LAST
    WILL AND TESTAMENT OF MARY M. WARNER, Deceased, Claim-
    ant, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed April 16, 1925.*

INHERITANCE TAX—*Claimant entitled to refund. Sec. 25.* When an in-
heritance tax has been assessed and paid under Sec. 25, Inheritance Tax
Law by reason of the happening of certain contingencies mentioned in the
will, and the estate is re-assessed upon a proper proceeding and upon a hear-
ing it appears by the removal of the contingencies the estate is not liable
to the tax: *Held,* Claimant entitled to a refund of the tax paid.

BURKE, JACKSON & BURKE, for claimant.

OSCAR E. CARLSTROM, Attorney General; GEORGE C. DIXON,
Assistant Attorney General, for respondent.

Mr. JUSTICE PHILLIPS delivered the opinion of the court:

This action is brought by the executors of the last will and
testament of Mary M. Warner, deceased, who died testate in
Cook County, Illinois, December 16, 1915, and her will ad-
mitted to probate in said county February 1, 1916.

May 20, 1916, paid the inheritance taxes in said estate in
the sum of $439.28 net, and on March 31, 1917, the said estate
was declared settled, the executrix discharged.

By reason of the happening of certain contingencies named
in will and shown in the proof herein, it became necessary to
make a re-assessment under Section 25 of inheritance tax
laws of Illinois. By removal of certain contingencies, the
estate became freed from liabilities to pay such tax, as was
found by order entered by the county court, and claimants are
therefore entitled to recover such taxes so paid, under Sec-
tion 25 aforesaid.

The Attorney General consents to the same. We accord-
ingly award claimants the sum of $177.60, with 3% interest
per annum from the 20th day of May, 1916.